# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DETRICK DESHAWN CROSTON,
ADC # 131172                                                                                    PLAINTIFF

V.                                          4:09CV00263HLJ

MARTIN MONTGOMERY, et al.                                                      DEFENDANTS

## ORDER

Defendants Sgt. Henderson, W. Ford, Lt. Porter, Lt. Gary Andrews, Cpl. Irby, Lt. Darwin Lasker, Capt. John Randall, Major Bobby Brown, and Cpl. Alicia Taylor, through their attorney, have answered and supplied their correct or complete names. The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 5th day of May, 2009.

_Henry L. Jones, Jr._
UNITED STATES MAGISTRATE JUDGE