IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DETRICK DESHAWN CROSTON,
ADC #131172                                                                                          PLAINTIFF

v.                                              4:09CV00263HLJ

KARL BYRD, et al.                                                                                    DEFENDANTS

<u>ORDER</u>

    Plaintiff's motion for copies (DE #15) appears to be a request for production of documents from defendants, and should be docketed as such.

    IT IS SO ORDERED this 13th day of May, 2009.

_Henry L. Jones, Jr._
_____
United   States   Magistrate   Judge

1